SHANNON v. FALULAH PAPER CO. (Supreme Court, Appellate Division, Fourth Department. December 7, 1906.) Action by

Thomas W. Shannon against the Falulah Paper Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs to the defendant, and judgment ordered for the defendant on the nonsuit.